UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HYRDO NET LLC,
                              Plaintiff,

                              21 Civ. 11218 (LGS)

          -against-

                              ORDER

UCLOUDLINK (AMERICA), LTD.,
                              Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the initial pretrial conference is scheduled for May 4, 2022, at 4:00 P.M.;

      WHEREAS, the Order dated January 31, 2022, required the parties to file a joint letter and a proposed case management plan before the initial pretrial conference;

      WHEREAS, Defendant's Waiver of the Service of Summons was filed on March 30, 2022;

      WHEREAS, the parties have not filed the letter and the proposed case management plan. It is hereby

      **ORDERED** that the parties shall file the joint letter and proposed case management plan as soon as possible and no later than **May 2, 2022, at noon**.  If Defendant refuses to cooperate in the preparation of these documents, Plaintiff shall prepare and file them.  If Plaintiff is not in communication with Defendant, no later than **May 2, 2022, at noon,** Plaintiff shall file a letter (1) requesting further adjournment of the initial pretrial conference for up to 30 days and (2) proposing a date prior to the conference to present an Order to Show Cause for default judgment as to Defendant and related papers as provided in the Court's Individual Rules.

Dated: April 28, 2022
       New York, New York

                                                LORNA G. SCHOFIELD
                                               UNITED STATES DISTRICT JUDGE