UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HYDRO NET LLC,

                Plaintiff,

-against-                   21 Civ. 11218 (LGS)

                ORDER

UCLOUDLINK (AMERICA), LTD.

                Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the initial pretrial conference in this matter was scheduled for May 4, 2022;

    WHEREAS, the parties requested an adjournment of the initial pretrial conference to finalize the settlement;

    WHEREAS, the initial pretrial conference was adjourned to May 25, 2022. The parties were ordered to file a joint letter and a case management plan by May 18, 2022;

    WHEREAS, the parties failed to file the joint letter and the case management plan, nor have they filed any notice of having reached an agreement in principle to settle the case. It is hereby

    **ORDERED** that the parties shall file the joint letter and the case management plan as soon as possible and by no later than May 20, 2022.

Dated: May 19, 2022
       New York, New York

                                              LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE